Timothy V. Potter
**Reynolds Potter Ragan & Vandivort PLC**
210 E College Street
Dickson, TN 37055
Telephone: 615-446-2221
Facsimile: 615-446-2232
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-1737 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Marshall W. Mitchell,<br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Marshall W. Mitchell in the above-entitled action and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

/
/
/
/
/

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED: _____, 2010     By: _____

Timothy V. Potter
**REYNOLDS POTTER RAGAN & VANDIVORT PLC**
210 E College Street
Dickson, TN 37055
Telephone: 615-446-2221
Facsimile: 615-446-2232

*Attorneys for Plaintiffs*

DATED: Mar. 22, 2010     By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**